Steven L. SAUNDERS, Petitioner—
Appellant,

v.

DIRECTOR OF The DEPARTMENT
OF CORRECTIONS, Respondent—
Appellee.

No. 10–6541.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 5, 2010.

Steven L. Saunders, Appellant Pro Se.

Before WILKINSON, SHEDD, and
DAVIS, Circuit Judges.

Remanded by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Steven Saunders appeals the district
court's order denying relief on his 28
U.S.C. § 2254 (2006) petition for a writ of
habeas corpus. While his appeal was
pending before the court, the presiding

district judge in Saunders's habeas proceeding filed a "Memorandum of Intent" indicating to the court that Saunders had sent a letter to the judge pointing out that the district judge had failed to rule on one of Saunders's habeas claims. The memorandum indicated that Saunders was correct and the court had in fact failed to fully dispose of Saunders's claims, and that the letter would be treated as a motion for reconsideration. The memorandum advised Saunders to file in this court a motion for a limited remand for the purposes of granting the district court jurisdiction to consider the motion for reconsideration. The district judge has indicated that the motion for reconsideration would be well-taken.

Saunders has made such a motion, and for the reasons set forth in the district judge's memorandum, we grant the motion for a remand, and remand the case to the district court to consider Saunders's motion for reconsideration.

*REMANDED.*